# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**FILED**
SEP 2 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**TRUSTEES OF SHEET METAL WORKERS LOCAL NO. 1 WELFARE TRUST**

vs.

Case Number: **05-1399**

**TEMCO Heating & Air Conditioning Inc.**

**DECISION BY THE COURT.** This action came to before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that default judgment is entered in favor of plaintiff and against defendant in the amount of $4,403.00.

ENTER this 25th day of September, 2007

JOHN M. WATERS, CLERK

s/C. Lambie
BY: DEPUTY CLERK

